ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED & FILED
MAY 2 1 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

04- 901C

Plaintiff(s) or Petitioner(s)
Mustang Line Contractors, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Joseph A. Yazbeck, Jr.

Firm Name: Yazbeck, Cloran & Hanson, LLC

Post Office Box:

Street Address: 1300 SW 5th Ave., Suite 2750

City-State-Zip: Portland, Oregon 97201

Telephone & Facsimile Numbers: Tel: (503) 227-1428 Fax: (503) 227-4866

E-mail address: jay@yazbeckhanson.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ 362,603.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003