ORIGINAL

FILED
MAY 2 1 2004
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTANG LINE CONTRACTORS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04- 901C |

CERTIFICATION PURSUANT TO RCFC 7.1

Mustang Line Contractors, Inc. is a corporation formed under the laws of the State of Washington. Mustang Line Contractors, Inc. is a wholly owned subsidiary of Quanta Services, Inc. (Quanta owns 100% of the stock of Mustang). Quanta Services, Inc. is a publicly traded corporation that is traded on the New York Stock Exchange under the symbol "PWR." While it is a subsidiary of Quanta Services, Inc., Mustang Line Contractors, Inc. is a separate corporation and operates as an independent entity. Quanta Services, Inc. is not involved in the day-to-day operations of Mustang Line Contractors, Inc.

DATED this 20 day of May, 2004.

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5TH Ave., Suite 2750
Portland, OR 97201
Telephone No: (503) 227-1428
Facsimile No: (503) 227- 4866
jay@yazbeckhanson.com
Attorney of Record for Plaintiff