IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MUSTANG LINE CONTRACTORS,INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-901C (Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 20-day enlargement of time, to and including September 9, 2004, within which to file its response to the complaint. Our response is currently due on August 19, 2004. This is defendant's second request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant is currently working with agency counsel, the Bonneville Power Administration ("BPA"), a subagency of the Department of Energy, to obtain all necessary information in order to file a thorough response to plaintiff's complaint. The undersigned received the litigation report on August 8, 2004,

however, the agency has not yet sent the corresponding documentary attachments. This motion will afford the Government sufficient time to analyze the supporting documents, confer with agency counsel and finalize the answer to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

August 17, 2004

Attorneys for Defendant