IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTANG LINE CONTRACTORS, INC., | ) | |
| | ) | No. 04-cv-00901-CFL |
| Plaintiff, | ) | (Judge Lettow) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO REPLY

Defendant filed a Counterclaim with its Answer. Plaintiff requests an additional 30 days from today's date, the date the reply is due, to reply. Plaintiff needs more time to discuss defendant's allegations with various personnel at plaintiff. This motion is unopposed.

DATED this 30th day of September, 2004.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5TH Ave., Suite 2750
Portland, OR 97201
Telephone No: (503) 227-1428
Facsimile No: (503) 227- 4866
jay@yazbeckhanson.com
Attorney of Record for Plaintiff