IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-901C

(Filed: October 1, 2004)

MUSTANG LINE CONTRACTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the Court is Plaintiff's Motion for Enlargement of Time to Reply. Plaintiff seeks an extension of time of thirty days to respond to defendant's counterclaim. It is hereby **ORDERED** that:

1. For good cause shown, the motion is GRANTED.

2. Plaintiff shall respond to defendant's counterclaim on or before November 1, 2004.

s/ Charles F. Lettow
Charles F. Lettow
Judge