IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTANG LINE CONTRACTORS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-901C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE

Pursuant to Rule 41 of the Rules of the Court of Federal Claims, the parties hereby file this joint stipulation of dismissal, dismissing all claims and all counterclaims for lack of jurisdiction, without prejudice and without cost or fees to either party.

Respectfully Submitted,

s/Joseph A. Yazbeck, Jr.
JOSEPH A. YAZBECK, JR.
Yazbeck, Cloran & Hanson, LLC
1300 SW 5th Avenue, Suite 2750
Portland, OR 97201

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
JACILYN MARGESON
PAUL MAUTNER
Bonneville Powers Administration
General Counsel's Office
P.O. Box 3621
Portland, OR 97208

Dated: February 14, 2005